

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| AmTab Manufacturing Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   11 C 2692 |
| Sico Incorporated et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other   For the reasons stated in the Court's 9/25/12 memorandum opinion and order, AmTab's motion for summary judgment of infringement is denied [59]. Sico's motion for summary judgment of non-infringement is granted [55], and Sico's counterclaims for a declaration of invalidity of the '113 patent and tortious interference are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X  decided by Judge   Darrah   on motions for   summary judgment.


Date:   Sep 25, 2012                              *Thomas G. Bruton, CLERK OF COURT*

                                                  *Melanie A. Foster*

                                                  *Deputy Clerk*